# UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

FEB 09 1994

Michael N. Milby, Clerk

| | | |
|---|---|---|
| Mohammad Hasan, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C. A. No. H-91-1512 |
| | § | |
| Wendy's International, Inc., | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The parties appeard at Docket Call and announced to the Court that they had agreed to submit all matters in controversy in this case to Binding Arbitration.  Accordingly, the captioned case is DISMISSED without prejudice.  The parties are granted leave to move to reinstate the case on the Court's active docket within ninety (90) days after date of this Order, but only for the purpose of obtaining the entry of a Final Judgment based upon the decision of the Arbitrator.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on February ___7___, 1994.

Ewing Werlein, Jr.
United States District Judge